# Third District Court of Appeal
## State of Florida

Opinion filed October 26, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-568
Lower Tribunal Nos. F05-11763B; F05-12003A; F05-11761B

_____


**Samuel Wright,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Carlos J. Martinez, Public Defender, and Andrew Stanton, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before FERNANDEZ, C.J., and LOGUE and BOKOR, JJ.

PER CURIAM.

Samuel Wright appeals the trial court's denial of his Rule 3.800 motion

to correct sentencing error. Mr. Wright contends that the written sentence

does not comport with his plea agreement, nor the trial court's oral announcement made during the sentencing hearing that it accepted the agreement, in that it does not order that the sentences in Mr. Wright's various cases be served concurrently. The State has confessed error, and our independent review of the record indicates that Mr. Wright is entitled to relief. We therefore reverse the order on appeal and remand for the trial court to enter a sentencing order that reflects the mutual agreement of the parties.

Reversed and remanded.